**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| **KARA WARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil No.: 4:23-cv-00157-WTM-CLR** |
| | ) | |
| **LOWE'S HOME CENTERS, LLC. and JASON PENNINGTON.** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFF'S THIRD AMENDED COMPLAINT FOR DAMAGES**

COMES NOW, Plaintiff, Kara Ward, ("Plaintiff"), by and through her undersigned counsel, in the above-styled action, pursuant to O.C.G.A. §9-11-15(a), and amends her Complaint as follows:

Except as amended herein, Plaintiff reasserts and realleges all allegations and prayers of the original Complaint.

**PARTIES AND JURISDICTION**

1.

Plaintiff, Kara Ward (hereinafter "Plaintiff"), is subject to the jurisdiction of this Court.

2.

Defendant, Lowe's Home Centers, LLC (hereinafter "Defendant"), is a foreign profit company under the laws of the state of North Carolina, with a principal address of 1000 Lowe's Blvd., Mooresville, NC 28117. Defendant is subject to the jurisdiction of this Court and may be served with Summons, Complaint and Discovery in this matter by delivering a copy of same to

their registered agent, Corporation Service Company, at 2 Sun Court, South Ste. 400, Peachtree Corners, Georgia 30092.

3.

Upon information and belief, John Doe has been identified as Jason Pennington and is the unidentified manager that was responsible for this incident and is subject to the jurisdiction of this court and can be served with the Summons and Plaintiff's Complaint for Personal Injuries at his dwelling place located at 1195 Bear Branch Road, Jesup, Wayne County, Georgia.

4.

Jurisdiction and venue are proper in this Court.

**BACKGROUND**

5.

On May 31, 2021, Plaintiff was a business invitee of Defendants' business located at 735 West Oglethorpe Highway, Hinesville, GA 31313.

6.

On May 31, 2021, while inside the subject property, Plaintiff was walking through the checkout aisle in the garden section when she stepped in a puddle of liquid. As a result, Plaintiff slipped, lost her balance, and fell to the ground.

7.

As a direct result of Plaintiff's fall, Plaintiff suffered traumatic and permanent psychological and physical injuries, which caused Plaintiff to immediately suffer physical pain and discomfort.

8.

At all times relevant to this Complaint, Defendants had exclusive ownership, possession and control over their subject property located at 735 West Oglethorpe Highway, Hinesville, GA 31313.

9.

At all times relevant to this Complaint, Defendants were responsible for maintaining the area where Plaintiff fell.

10.

At all times relevant to this Complaint, Plaintiff exercised due care for her own safety, and was not provided adequate notice of any dangerous, hazardous and/or defective conditions.

11.

As a result of this fall, Plaintiff suffered physical, mental, and emotional injuries.

**Count I - Premises Liability**

12.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 11 above as if fully restated.

13.

Plaintiff was an invitee at Defendants' property at the time of the fall.

14.

Defendants owed Plaintiff a non-delegable duty of reasonable care and keeping their property safe for invitees like Plaintiff.

15.

Defendants were negligent in failing to properly inspect the area where Plaintiff's fall occurred, in failing to inspect and/or maintain its floors and walking surfaces, and in failing to keep their property safe for invitees.

16.

Defendants' negligence was the sole proximate cause of Plaintiff's injuries.

**Count II - Damages**

17.

Plaintiff realleges and incorporate herein the allegations contained in paragraphs 1 through 16 above as if fully restated.

18.

As a direct result of Defendants' negligence and/or recklessness, Plaintiff suffered traumatic and permanent psychological and physical injuries, including but not limited to her left shoulder, neck, back, left wrist, and left knee, and has incurred reasonable medical expenses necessary to treat those injuries, in amounts which will be proven at the time of trial, as well as sustaining permanent scarring, severe physical and emotional pain and suffering. All of Plaintiff's damages will continue into the future, to the extent said injuries are permanent.

19.

In addition to the foregoing damages, Plaintiff avers that as a direct and proximate result of the aforementioned acts of negligence and/or recklessness of Defendants, she was caused to suffer and incur the following injuries and damages for which she seeks to recover:

(a) Personal injuries;

(b) Pain and suffering;

(c) Disability;

(d) Disfigurement;

(e) Mental anguish;

(f) Loss of the capacity for the enjoyment of life;

(g) Impaired ability to labor;

(h) Loss of earning capacity;

(i) Loss of earnings;

(j) Travel expenses for seeking medical treatment;

(k) Other related incidental expenses;

(l) Permanent injuries;

(m) Past, present and future medical expenses.

20.

Whenever and wherever reference is made in this Complaint to any conduct of Defendants, such allegations or references shall also be deemed to mean the conduct of each Defendant, acting individually, jointly, and severally.

21.

Defendants are subject to the jurisdiction of this Court and venue is proper in this Court pursuant to O.C.G.A. §9-10-93.

WHEREFORE, having fully set forth her claims for damages against the Defendants, and based upon the pleadings herein, Plaintiff respectfully prays and requests that this Court:

a) Empanel a jury to hear her cause and determine all contested issues of fact;

b) Award Plaintiff the full value of past and future medical expenses and past and future lost wages in an amount to be proven at trial;

c) Award Plaintiff recovery for mental and physical pain and suffering and emotional distress in an amount to be determined by the enlightened conscience of the jury; and

d) Award Plaintiff such other legal and equitable relief as the Court deems just and proper.

Respectfully submitted this 5th day of July, 2023.

Mayfield Law, LLC

/s/ Alex D. Mayfield

Alex D. Mayfield
(Georgia Bar No.: 584065)
Attorney for Plaintiff

1611 Union Street
Brunswick, Georgia 31520
Telephone: (912) 456-3201
Facsimile: (912) 457-7266
alex@mayfieldinjury.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| **KARA WARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 4:23-cv-00157-WTM-CLR** |
| | ) | |
| **LOWE'S HOME CENTERS, LLC. and JASON PENNINGTON.** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this 5th day of July, 2023 served a true and correct copy of **Plaintiff's Third Amended Complaint** upon the following parties by serving a copy of same via electronic email as follows:

**Cody McCollum, Esq.**
**Vernis & Bowling of Atlanta, LLC**
**30 Perimeter Park Drive, Suite 200**
**Atlanta, GA 30341**

SO CERTIFIED this 5th day of July, 2023.

Mayfield Law, LLC

/s/Alex D. Mayfield

Alex D. Mayfield, Esq.
(Georgia Bar No.: 584065)
Attorney for Plaintiff

1611 Union Street
Brunswick, Georgia 31520
Telephone: (912) 457-8557
Facsimile: (912) 457-7266
alex@mayfieldinjury.com