AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KARA WARD,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:23-cv-157

LOWES HOME CENTERS. LLC, et al

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on November 27, 2023, Plaintiff's motion to remand is denied as moot. The Court remands this case to the State Court of Liberty County, Georgia, for further proceedings. This case stands closed.

Approved by: _____

| November 28, 2023 | John E. Triplett, Acting Clerk |
|---|---|
| Date | Clerk |

_Morgan A. Akins_

(By) Deputy Clerk

GAS Rev 10/2020